**Order entered July 24, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00659-CV

### DELORIS PHILLIPS, Appellant

### V.

### PORSHALA DANYEL PHILLIPS AND WILLIAM BRENT, Appellees

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-00541**

## ORDER

By order dated June 19, 2018, we directed Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing certain documents, including the live pleadings, so that we could determine our jurisdiction over this appeal. A copy of that order was sent to the parties.

On June 22, 2018, appellant filed an "emergency expedited motion for interpretation/definition of Court's term/language "live pleadings." That motion is currently before us. Also before us are appellant's July 23, 2018 (1) "request for preservation of any/all record/files/documents, etc.;" and (2) "emergency expedited motion for extension to file letter brief regarding jurisdiction matter." We **ORDER** as follows.

We **DENY** the June 22nd motion for interpretation as moot because the supplemental clerk's record has been filed and contains all the documents we requested. We **DENY AS MOOT** the July 23rd request for preservation because all records and documents filed in this appeal will be retained in accordance with applicable statutes and the Court's record retention policy. We also **GRANT** the July 23rd extension motion and **ORDER** appellant to file the jurisdictional letter brief no later than August 6, 2018.

/s/    DAVID EVANS
JUSTICE